FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 13 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MADELEYN DIMITRACOPOULOS,

                                   Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
TYEE CHIN, PRINCIPAL OF FLUSHING HIGH
SCHOOL; GISELE MORGAN, ASSISTANT
PRINCIPAL OF ENGLISH OF FLUSHING HIGH
SCHOOL,

                                   Defendants.

------------------------------------------------------------ x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

16 CV 6477 (SJ) (RER)

IT IS HEREBY STIPULATED AND AGREED, by the attorneys for the parties herein that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

Dated: New York, New York
         June 5, 2017

Glass Krakower LLP
Attorneys for Plaintiff
100 Church St., 8th Floor
New York, NY 10007
bglass@ghnylaw.com

By: _____
    Bryan Glass, Esq.

Attorney for Defendants
DOE and Chin
100 Church Street, Room 2-186
New York, NY 10007
jwitkows@law.nyc.gov

By: _____
    Jessica Witkowski
    Senior Counsel

ZACHARY W. CARTER
Corporation Counsel of the
City of New York

SO ORDERED
on this  12  day of  June  2017

/s/ USDJ STERLING JOHNSON, JR.
_____
STERLING JOHNSON, JR., SENIOR U.S.D.J.